

**FILED**

JUN 2 9 2015



JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-mj-1089-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) |
| LAWRENCE MITCHELL WASSON | ) |

The United States Attorney charges that:

On or about May 30, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, LAWRENCE MITCHELL WASSON, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, to wit: a full issue of individual military equipment, in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division