IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-MJ-1089-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| LAWRENCE MITCHELL WASSON, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED that defendant appear before this court at 8:30 a.m. on December 2, 2015 at the Alton Lennon Federal Building, 2 Princess Street, Wilmington, North Carolina** to show cause why defendant should not be held in criminal contempt on the grounds that defendant failed to appear October 7, 2015 for his scheduled initial appearance. If defendant fails to appear in court as herein ordered, a warrant for defendant's arrest may be issued.

SO ORDERED, this the 9th day of October, 2015.

ROBERT B. JONES, JR.
United States Magistrate Judge