# U.S. District Court
## Western District of North Carolina (Asheville)
## CRIMINAL DOCKET FOR CASE #: 1:17-mj-00076-DLH-1

Case title: USA v. Wasson

Other court case number: 7:15-mj-1089-RJ Eastern District of North Carolina - Wilmington

Date Filed: 05/12/2017

Date Terminated: 05/12/2017

Assigned to: Magistrate Judge Dennis Howell

### Defendant (1)

**Lawrence Mitchell Wasson**
*TERMINATED: 05/12/2017*

represented by **Emily M. Jones**
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: emily_m_jones@fd.org
*TERMINATED: 05/12/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

### Disposition

Case 7:15-mj-01089-RJ    Document 11    Filed 05/23/17    Page 1 of 3

18:641- Theft of government property
Failt to appear on 08/05/15, 10/07/15 and 12/02/15

**Plaintiff**

**USA**      represented by **Richard Lee Edwards**
Office of the U.S. Attorney--WDNC
233 U.S. Courthouse Bldg.
100 Otis St.
Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: richard.edwards2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2017 | 1 | Arrest (Rule 5) of Lawrence Mitchell Wasson (emw) (emw). (Entered: 05/12/2017) |
| 05/12/2017 | | NOTICE OF HEARING as to Lawrence Mitchell Wasson: Initial Appearance - Rule 5 set for 5/12/2017 10:30 AM in Courtroom 2, 100 Otis St, Asheville, NC 28801 before Magistrate Judge Dennis Howell. *This is your only notice - you will not receive a separate document.*(emw) (Entered: 05/12/2017) |
| 05/12/2017 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Lawrence Mitchell Wasson held before Magistrate Judge Dennis Howell. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Defendant waived identity hearing. Defendant ordered to appear in charging district. Government attorney: Richard Edwards. Defendant attorney: Emily Jones. Court Reporter: DCR. (emw) (Entered: 05/12/2017) |
| 05/12/2017 | 2 | CJA 23 (Ex Parte) Financial Affidavit by Lawrence Mitchell Wasson (emw) (Entered: 05/12/2017) |
| 05/12/2017 | | **ORAL ORDER as to Lawrence Mitchell Wasson granting Oral Motion to Appoint Counsel. Signed by Magistrate Judge Dennis Howell on 05/12/17. (emw)** (Entered: 05/12/2017) |
| 05/12/2017 | | Attorney update in case as to Lawrence Mitchell Wasson. Attorney Emily M. Jones for Lawrence Mitchell Wasson added. (emw) (Entered: 05/12/2017) |
| 05/12/2017 | 3 | WAIVER of Rule 5(c)(3) Hearings by Lawrence Mitchell Wasson (emw) (Entered: 05/12/2017) |

| | | |
|---|---|---|
| 05/12/2017 | 4 | **ORDER** *(Restricted)* **Setting Conditions of Release as to Lawrence Mitchell Wasson (1) $25,000 Unsecured. Signed by Magistrate Judge Dennis Howell on 05/12/17.** (emw) (Entered: 05/12/2017) |
| 05/12/2017 | 5 | **Appearance Bond Entered** *(Restricted)* **as to Lawrence Mitchell Wasson in amount of $ 25,000 Unsecured. Signed by Magistrate Judge Dennis Howell on 05/12/17.** (emw) (Entered: 05/12/2017) |
| 05/12/2017 | 6 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Lawrence Mitchell Wasson. Signed by Magistrate Judge Dennis Howell on 05/12/17.** (emw) (Entered: 05/12/2017) |
| 05/12/2017 | | Rule 5(c)(3) Documents Emailed to Eastern District of North Carolina as to Lawrence Mitchell Wasson. (emw) (Entered: 05/12/2017) |
| 05/12/2017 | | Notice to Eastern District of North Carolina of a Rule 5 or Rule 32 Initial Appearance as to Lawrence Mitchell Wasson. Your case number is: 7:15mj1089-RJ. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 4 Order Setting Conditions of Release, 3 Waiver of Rule 5(c)(3) Hearings, 6 Order, 5 Bond ) *(If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.)* (emw) (Entered: 05/12/2017) |
| 05/15/2017 | 8 | PRETRIAL REPORT *(SEALED - Attorney)* as to Lawrence Mitchell Wasson (available to USA, Lawrence Mitchell Wasson) (Sarah Wright - zzt) (Entered: 05/15/2017) |
| 05/17/2017 | 9 | Original Notice Regarding US Passport *(Sealed - Attorney)* as to Lawrence Mitchell Wasson; (available to: USA, Lawrence Mitchell Wasson). (Elizabeth Cullen - amh) (Entered: 05/17/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/23/2017 12:20:46 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-mj-00076-DLH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Case 7:15-mj-01089-RJ    Document 11    Filed 05/23/17    Page 3 of 3