UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-MJ-1089-RJ-1

| UNITED STATES OF AMERICA | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE |
|---|---|
| v. | |
| LAWRENCE MITCHELL WASSON | |

Defendant, LAWRENCE MITCHELL WASSON, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h)(8) and Local Criminal Rule 47.1(h), respectfully requests a continuance to the December, 2017, term of court. In support of this motion, Defendant presents the following:

1. On June 29, 2015, Defendant was charged in a 1-count criminal information alleging Theft of Government Property in violation of 18 U.S.C. § Section 641.

2. The Federal Public Defender's Office was appointed to represent defendant on May 15, 2017, and undersigned counsel filed a Notice of Appearance in this matter on May 19, 2017.

3. This is the first continuance motion filed by undersigned counsel.

4. Undersigned counsel requests additional time to meet with the defendant and prepare a defense in this matter.

5. Special Assistant US Attorney Mark Griffith, who represents the government in this matter, has been consulted, and does not oppose this motion.

6. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

7. If this motion is granted, defendant will next appear in court at 8:00 a.m. on December 6, 2017, and understands that failure to appear may result in the issuance of an arrest warrant.

Respectfully requested this 2nd day of October, 2017.

        LOUIS C. ALLEN
        Acting Federal Public Defender

        /s/ Ormond D. Harriott
        ORMOND D. HARRIOTT
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Ormond_Harriott@fd.org
        N.C. State Bar No. 20281
        LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

**Mark J. Griffith**
LSSS SAUSA Section
MARINE CORPS INSTALLATIONS EAST -MCB
PSC Box 20005
Camp Lejeune, NC 28542-0005
910-451-2394
Email: mark.griffith@usmc.mil

by electronically filing the foregoing with the Clerk of Court on October 2, 2017 using the

CM/ECF system which will send notification of such filing to the above.

This the 2nd day of October, 2017.

/s/ Ormond D. Harriott
ORMOND D. HARRIOTT
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Ormond_Harriott@fd.org
N.C. State Bar No. 20281
LR 57.1 Counsel
Appointed