UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-MJ-1089-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LAWRENCE MITCHELL WASSON | |

The Court finds that the ends of justice served by granting defendant's motion to continue outweigh the best interests of the defendant and the public in a speedy trial, for the following reason(s):

[ ] Failure to do so would likely result in a miscarriage of justice.

[ ] The unusual nature or complexity of the case makes it unreasonable to expect defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 U.S.C. § 3161.

[ ] Failure to do so would deny defendant reasonable time to obtain counsel.

[ ] Failure to do so would unreasonably deny defendant continuity of counsel.

[ ] Failure to do so would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

Accordingly, defendant's motion to continue is GRANTED. This matter shall now be calendared for the _____ term of Court. The intervening time from_____ to _____ is excluded from speedy trial computation under 18 U.S.C. § 3161.

_____
DATE

_____
UNITED STATES MAGISTRATE JUDGE