**FILED**

APR 0 3 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DG_____DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-M-1089-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MOTION TO DISMISS |
| ) | |
| LAWRENCE MITCHELL WASSON ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves the court to dismiss the above entitled matter.

Respectfully submitted this 3rd day of March 2018.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division