UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-M-1089-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAWRENCE MITCHELL WASSON | ) | |

The Government's motion is hereby granted. The case is dismissed.

_____     _____
DATE:                   ROBERT B. JONES, JR.
                        UNITED STATES MAGISTRATE JUDGE