UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-MJ-1089-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LAWRENCE MITCHELL WASSON, ) | |
| ) | |
| Defendant. ) | |

The Government's motion to dismiss [DE-20] is hereby granted. The case is dismissed.

SO ORDERED, this the 4th day of April, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge